IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00254-REB-BNB

JASON L NIEMAN,

Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE CO.,
JOCELYN CURRY,
JUDY REYNOLDS, and
JOHN RAYBUCK,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendants' Motion to Quash Plaintiff's Subpoena of Jeff Gratias** [Doc. # 1, filed 1/31/2011] (the "Motion to Quash"); and

(2)     **Unopposed Motion to Withdraw Defendants' Motion to Quash Plaintiff's Subpoena of Jeff Gratias** [Doc. # 5, filed 2/8/2011] (the "Unopposed Motion").

There is an underlying action in the Central District of Illinois. This action concerns only a discovery issue arising in connection with the underlying action. I am informed that the underlying action has been resolved through settlement and that the discovery matter pending here is moot.

IT IS ORDERED:

(1)     The Motion to Quash [Doc. # 1] is DENIED as moot; and

(2)     The Unopposed Motion [Doc. # 5] is GRANTED.

Dated February 11, 2011.

              BY THE COURT:

               s/ Boyd N. Boland
              United States Magistrate Judge